**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HEATHER WHITE,

    Plaintiff,

v.                                                          CASE NO.: 8:18-cv-00921-EAK-JSS

CITIBANK, N.A.,

    Defendant.

**PLAINTIFF'S NOTICE OF SETTLEMENT**

    Pursuant to Local Rule 3.08(a), the undersigned hereby gives notice that this matter has been settled by the parties, and a motion for dismissal shall be filed upon drafting and execution of the settlement documentation.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this June 27, 2018, to all parties of record.

    Respectfully submitted,

    *s/ William "Billy" Howard*
    William "Billy" Peerce Howard, Esq.
    Florida Bar No.: 0103330
    Billy@TheConsumerProtectionFirm.com
    Amanda J. Allen, Esq.
    Florida Bar No.: 0098228
    Amanda@TheConsumerProtectionFirm.com
    The Consumer Protection Firm
    4030 Henderson Boulevard
    Tampa, FL 33629
    Telephone: (813) 500-1500
    Facsimile: (813) 435-2369
    *Attorney for Plaintiff*